## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| ERIK BENJAMIN, | ) | |
| JAMES FLUKER III, | ) | |
| ALECIA MADYUN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:10-CV-02646 (AT) |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES (IBM) CORP., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION TO WITHDRAW KATHERINE L. FLOYD
## AS COUNSEL OF RECORD FOR DEFENDANT

Defendant International Business Machines Corporation, by the undersigned counsel, respectfully requests that attorney Katherine L. Floyd be permitted to withdraw her appearance in this case for Defendant. Ms. Floyd will end her association with Jones Day effective January 20, 2012. Deborah A. Sudbury and Matthew Lampe of Jones Day will continue to represent Defendant. A proposed order is attached.

Dated:  January 20, 2012

<div style="margin-left: 40%">

s/Katherine L. Floyd
Katherine L. Floyd
  (Georgia Bar No. 364012)
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email: klfloyd@jonesday.com

Deborah A. Sudbury
  (Georgia Bar No. 000090)
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330
Email: dsudbury@jonesday.com

</div>

ATI-2485343v1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send electronic notification of such

filing to the following:

> Benjamin F. Barrett, Esq.
> Barrett & Farahany, LLP
> 1100 Peachtree Street, Suite 500
> Atlanta, Georgia 30309

Dated: January 20, 2012

>  s/ Katherine L. Floyd
> Attorney for Defendant

JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 581-8330
Email: klfloyd@jonesday.com

ATI-2485343v1